IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MICHAEL BATES, et al., | § § | |
| Plaintiff, | § § | |
| v. | § § | 2:17-CV-174-D |
| FIRED UP HOLDING COMPANY, INC, et al., | § § § § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the August 15, 2018 findings, conclusions, and recommendation of the magistrate judge, the court concludes the magistrate judge's findings and conclusions are correct. It is therefore ordered that the recommendation of the magistrate judge is adopted, and the following sanctions are imposed against defendant Richard Kevin Foote ("Foote").

It is ordered that Foote pay the sum of $1,357.46—his one fourth (1/4) share of the mediator's fee—to Young & Newsom, P.C. to reimburse plaintiff's counsel, who has previously paid Foote's portion of the mediation fees to the mediator.

It is ordered that Foote pay this sum in full no later than September 27, 2018.

**SO ORDERED**.

August 30, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE